# United States District Court
## Western District of North Carolina
### Charlotte Division

| | |
|---|---|
| Joseph  Hugh Nolan III, | JUDGMENT IN CASE |
| Plaintiff, | 3:25-cv-00474-KDB-WCM |
| vs. | |
| Sonic Automotive Inc. et al, | |
| Defendant | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2026 Order.

May 1, 2026

Katherine Hord Simon, Clerk
United States District Court